UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62318-CIV-SINGHAL

FERNANDO SERRATOS, *on behalf of himself or others similarly situated*,

   Plaintiff,

v.

MYCARECLUB, LLC,

   Defendant.

_____/

## ORDER

**THIS CAUSE** has come before the Court upon Plaintiff's Motion for Leave to Take Discovery (DE [10]) ("Motion"). Federal Rule of Civil Procedure 5(d)(1) requires Plaintiff to serve upon the Defendant a copy of the Motion and include a Certificate of Service with his filing. Plaintiff failed to include a Certificate of Service with the Motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [10]) is **DENIED** without prejudice. On or before **February 19, 2024**, Plaintiff shall serve Defendant with a copy of the Motion and include a Certificate of Service with his forthcoming filing.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of February 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished counsel via CM/ECF