UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62318-CIV-SINGHAL

FERNANDO SERRATOS,

Plaintiff,

v.

MYCARECLUB LLC,

Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant's Notice of Change of Attorney Within the Firm (the "Motion") (DE [35]). The Court having considered the Motion and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [35]) is **GRANTED**. David H. Haft shall be relieved of all further responsibilities related to Defendant MyCareClub, LLC. Gabriel S. Saade will serve as Defendant's counsel in the instant action.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 23rd day of June 2025.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF